**John KELLY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 58565.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 5, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 8, 1991.

Application to Transfer Denied
June 11, 1991.

Cheryl Rafert, St. Louis, for appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. The amended motion was not verified as required by Rule 24.035(b). The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would not have precedential value. Judgment affirmed in accordance with Rule 84.16(b).